United States District Court

District of South Dakota

Southern Division

Shane Douglas Bell, ) Civ. 16-4046
    Plaintiff pro se, )
) AFFIDAVIT of
v. )
) Jason Mestas
Darin Young at el, )
    Defendants. )

I, Jason Mestas, declare under penalty of perjury that the following statements are true and correct to the best of my knowledge:

1) Shane Douglas Bell teaches and facilitates the Jameson Buddhist Group which I regularly attend.

2) I attended the Jameson Buddhist Group holiday meal in December 2019 and there was no fruit platter from Hy-Vee which was ordered by the Jameson Buddhist Group.

3) I live in Jameson Annex of the South Dakota State Penitentiary on B-floor cell 77.

1

4) I do not want to make any further statements because I don't want any retaliation from DOC (Department of Corrections) staff.

~~[scribbled out]~~

Dated this 30th day of January, 2020.

*Jason Mestas*

Subscribed and sworn to before me this 30th day of January, 2020.

(Seal) [NOTARY SEAL: DAREK EKEREN, NOTARY PUBLIC, SOUTH DAKOTA, My Commission Expires 08/01/2025]

*Notary Public - South Dakota*

My commission expires: 08/01/2025